## Woody WATLEY v. STATE.
### 7 Div. 161.

Court of Appeals of Alabama.
June 4, 1935.

PER CURIAM.
Appeal dismissed, on motion of appellant.

## James WAYBRIGHT v. STATE.
### 7 Div. 116.

Court of Appeals of Alabama.
June 4, 1935.

BRICKEN, Presiding Judge.
Affirmed.

## Henry WEAVER v. STATE.
### 8 Div. 28.

Court of Appeals of Alabama.
May 21, 1935.

RICE, Judge.
Appeal dismissed.

## Charlie WILLIAMS v. STATE.
### 8 Div. 97.

Court of Appeals of Alabama.
June 4, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

## Earnest WILLIAMS and Custer Williams v. STATE.
### 7 Div. 139.

Court of Appeals of Alabama.
June 4, 1935.

John W. Inzer, of Ashville, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

## Walter WILLIAMS v. STATE.
### 6 Div. 722.

Court of Appeals of Alabama.
May 7, 1935.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Defendant was convicted of manslaughter in the first degree. The record in this case has been carefully read and considered. The defendant has had a fair trial; we find no error of a prejudicial nature; and the judgment is affirmed.

Affirmed.